# United States Court of Appeals
## For the First Circuit

No. 02-1541

MARWAN YOUSSEF ALBATHANI,

Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

ERRATA SHEET

The opinion of this Court issued on February 6, 2003 is amended as follows:

Delete the sentence on page 21 reading "Nor has Congress given aliens any statutory right to an administrative appeal."

Replace the following sentence with "Such administrative appeals as exist are governed by regulations promulgated by the Attorney General."